GUTTROFF, Appellant, v. WALLACH et al., Respondents.

(Common Pleas of New York City and County, General Term. January 10, 1894.)

Appeal from city court, general term.
Action by George Guttroff against Julius Wallach and Joseph C. Wallach.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion. Order reversed, with costs. See 22 N. Y. Supp. 745.

---

CALLAGHAN, Appellant, v. ROHDE, Respondent.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by Jane Callaghan against Diedrich W. Rohde.
Argued before McADAM and GILDERSLEEVE, JJ.

Cantor, Linson & Vanschaick, for appellant.
C. F. Holm, for respondent.

PER CURIAM. The defendant, as owner of the tenement 52 Amsterdam avenue, was sued by his tenant, the plaintiff, for injuries alleged to have been received by tripping on the stairway, and falling down stairs. The ground of action was negligence by reason of defects said to exist in the oilcloth covering. All the questions tending to create a liability were disputed, and the case was carefully submitted to the jury, who found in favor of the defendant. This finding was made on conflicting evidence, and is amply sustained by the proofs. Indeed, the only ground upon which the judgment is assailed is for alleged error in admitting evidence under the plaintiff's objection. We have carefully examined the exceptions taken, and find them to be without merit. They require neither comment nor explanation. It follows that the judgment and order appealed from must be affirmed, with costs.

---

JACOBS et al. v. HOWARD INS. CO. OF NEW YORK.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by Julius Jacobs and George Easton against the Howard Insurance Company of New York.
Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

Hatch & Wickes, for appellants.
T. Henry Dewey, for respondent.

PER CURIAM. The case seems to have been carefully tried and considered by the learned referee, and the judgment directed by him must, for the reasons assigned in his opinion, be affirmed, with costs. The allowance granted by the special term judge was within the statutory limit, so that there was no abuse of power; neither was there any abuse of discretion; hence the order must likewise be affirmed, with costs.